Case 3:14-cv-03563-M-BK   Document 3   Filed 10/01/14   Page 1 of 5   PageID 5

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 OCT -1  PM 4: 47

BB
DEPUTY CLERK

UNITED STATES DISTRICT COURT
For The
NORTHERN DISTRICT OF TEXAS

3-14CV-3563M

| | | |
|---|---|---|
| VICTOR SHORT, SR.<br>Plaintiff's | § | IN THE DISTRICT COURT |
| | § | ~~191 JUDICAL COURT~~ |
| vs. | § | DALLAS COUNTY, TEXAS |
| C.R. ENGLAND GLOBAL, INC.<br>Respondent, | § | PETTITION'S APPLICATION<br>NATIONAL LABOR RELATIONS ACT |

## 1989 'WHISTLE-BLOWERS' ACT RETALIATION

[RE: NLR [29, U.S.C. § 160 ( c ).

Subj: TITLE VII OF CIVIL RIGHTS ACT 1964

Plaintiff's Victor Short, Sr. has filed AMVETS' Presuppose Section 1. And, 1986 Equal Back Pay Act of 'aggrieved age discrimination status for [42, U.S.C.A. §1981. Scope of Relief: The factual issue raised around the validity retaliation citation and C.R. England, Inc. Motives for racial drug profiling remain unresolved by C.R. England, Inc. Response and demonstrates Potential for Prima facie case opportunity an established trial. *See, e.g. Marks v. Prattco, Inc.* <u>607, 1153, 1155 (5th CIR.1979).</u> Court held that Prima facie case of 'Wrongful Discharged' may be made out by Showing the Plaintiff's (1) is a protected minority; (2) qualified for company employment for which he's Denied First Amendment Freedom of speech. *Note, Kingsley R. Brownie,* 27 OHIO N.U.L. Rev. (2001). [42, U.S.C. § 2000e.

[Page2: TITLE VII HEARNING BRIEF

Plaintiff's Victor Short, Sr. has charged on which he is released to C.R. England, Inc. Burns Harbor, IN' is the last line of low balling AMVETRS' and out sourcing in violation of 'Whistle-Blower' Act from trainer Julia Jones, Abuse of Power and racism with emphasis eating out of The Iron Skillet and disparity of restroom denial restrooms for excess 32, and 26 miles during the most recent trip From: C.R. England, Inc. Laredo, TX' via Allentown, PA. Through Effingham, IN'.

Shamelessly, she would invoke coincidence to achieve ironic effects and cast the dye and false Untrue statements "Quote", that Guy Victor Short's a trouble maker and a bad apple for the company Influence to: both Laredo, dispatchers and staff members' Alfredo, 31July-August 2014. Note, In an Employment-based dispute, reinstatement is an accepted measure to accompany back pay as part of the Over all remedy. *See, e.g. United States v. City of Jackson, Mississippi*, 519 F.2d 1147 (5th Cir. 1975). Reinstatement is routine remedy for wrongful discharge in Industrial employment case. National Labor Relations Act 29 U.S.C. § 160 (c).

Upon arrival Julia Jones, was taken "out of Service" for Trainer road test, and DOT Physicals. More important, she implemented a sugar and drug screen then orders me off her truck to Burns Harbor. Case and Point, for ordering me to report to: may have been participated from my refusal to join their Sleeper team for additional 90-days for her fiancé Lease operations as well as Davis's Heavy-Duty Equipment cross Country escort services. Secondly, I suggest and warm her of the dangers of driving With possibility of exhaust fumes and any four Batteries leaking in the cabin area. And these events Promoted a huge headache. I don't know if she recorded statements. But, I also indicated as of Dec.12, 2012 I completed my phase II training with 27,000, miles from Ms. Shanna Good in, Driver Code: GOSHRA, Salt Lake City, UT. My references are Impeccable, Victor Martinez, Jerri Speed, George Price, Theresa Harvey, and former: C.R. England, Inc. Graduate Gary McGowan, speaks volumes. Even more, Plaintiff's Victor Short, Sr. further describes a pattern of abuse of power with other Nationalist from Africa, to their style of procurement's for their own financial gain and profit.

[Page3: TITLE VII HEARNING BRIEF

Coverage of Relief: C.R. England, Inc. also has a Zero Tolerance and Public Policy which supports First Amendment TITLE VII Regulation of company employment freedom of speech.

Sub Part B- Contractors Agreement See.202, "(1) the contractor will not discriminate against any Employee, /or: applicant for employment because of his race, color, religion, sex or national origin.

Exhibit's 'A' Plaintiff's Victor Short, Sr. has concurrent Analytical Labs results dated October 2011. 2012. / Apr.18, / Jun, / Jul. 18, and August 18, 2014. I've Passed all MED TOXICOLOGY LABORATORIES Address 402 West County Road-D St. Paul, MN 55112 /Specimen Id. # YANKEE 30482955, FOLLOWING LOCATIONS' (1) C.R. England, Inc. Mira Loma, CA. (2) Salt Lake City, UT. (3) Burns Harbor, IN'. (4) 230 Highway-67, South Cedar Hill, TX 75104 Attention: DR. Michael Loftus, M.D.

Exhibit's 'B' Methods and Material: Interrogatories may be furnished upon request.

Examples of Discovery: Driver Codes, Trip Pax, and Driver Logs'

VICSHO, / MATJES, / BROSTE, / DAVCHA, / GOSHRA, / JOSLLO, / SKENVN,

## EXECUTIVE ORDERS NO. # 11246

The contractor will comply with the all the provision of the Order No. # 11246, of Sept 24, 1965. And, any rules regulation and relevant Orders of the Secretary of Labor.

Plaintiff's Victor Short, Sr. entitlements consist of over 24 months vestige services for 1986 ADA, Equal Back Pay Act of 1966. Piercing the shield of Federal Sovereign Immunity for TITLE VII Interest Awards *Note, 91 COLUM L.Rev*. 63 (1899).

Plaintiff's Victor Short, Sr. has also prevailed the court respectfully seeks a jury trial. And, grants punitive damages awards of three time amount inaction for violators of Civil Rights @ U.S. INDEX RATE OF 15% of the Market Shares.

[42, U.S.C. § 2000a.

*cw Victor Short Sr., 10/01/14*

C/O: AMVETS' U.S. [38, CFR§1601. (Military.Orders.of the Purple. Hearts.) ACT

951 BROOKE FORREST DR.
DALLAS, TX 75253
(972) 802-0831

3

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**RECEIVED OCT 2014 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS** (stamp)

## I. (a) PLAINTIFFS
*(blank)*

**DEFENDANTS**
*(blank)*

**(b)** County of Residence of First Listed Plaintiff: **VICTOR SHORT SR.**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **C.R. England, Inc.**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*: **Pro Se**

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff) (For Diversity Cases Only) and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - Med. Malpractice / ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | **Habeas Corpus:** | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | | ☐ 535 Death Penalty | **IMMIGRATION** | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☒ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: **29 U.S.C. § 160 (c)**

Brief description of cause: **Title VII Civil Rights Act**

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes   ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED: *(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE: **Oct 1st 2014**

SIGNATURE OF ATTORNEY OF RECORD: *CW Victor Short Sr.*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse (Rev. 09/11)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.      (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   (b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   (c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.     Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.    Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.     Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.      Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.     Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**          Example:          U.S. Civil Statute: 47 USC 553
                                                              Brief Description: Unauthorized reception of cable service

**VII.    Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.   Related Cases.** This section of the JS 44 is used to reference cases that are related to this filing, if any. If a realted case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is "realted" to this filing if the case: (1) involves some or all of the same parties and is based on the same or similar claim; (2) involves the same property, transaction, or event; (3) involves substantially similar issues of law and fact; and/or (4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.